CARLOTTA HEATH, appellant,

v.

FREDERICK R. MADDOCK, respondent.

[Argued June 30th, 1913.   Decided November 17th, 1913.]

On appeal from a decree made by the ordinary of the prerogative court, whose opinion is reported in *81. N. J. Eq. (11 Buch.) 470.*

.  *Messrs. Edward A. & William T. Day,* for the appellant.

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, VREDENBURGH, CONGDON, WHITE, TERHUNE, HEPPENHEIMER—13.

..  *For reversal*—None.